IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br>(Jointly Administered) |
| JOSÉ RAMÓN RIVERA RIVERA, PRESIDENT, FIDUCIARY, AND TRUSTEE OF THE BOARD OF TRUSTEES OF THE ELECTRIC POWER AUTHORITY'S EMPLOYEES' RETIREMENT SYSTEM; RALPHI E. [SIC] DOMINICCI RIVERA; ANGEL R. FIGUEROA JARAMILLO AND ERNESTO ZAYAS LÓPEZ, TRUSTEES AND FIDUCIARIES OF THE ELECTRIC POWER AUTHORITY'S EMPLOYEES RETIREMENT SYSTEM,<br><br>    Plaintiffs,<br><br>      v.<br><br>COMMONWEALTH OF PUERTO RICO; HON. RICARDO ROSSELLÓ NEVARES; PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); ERNESTO SGROI HERNÁNDEZ, PRESIDENT OF THE BOARD OF DIRECTORS OF PREPA,<br><br>    Defendants. | Adv. Proc. No. 18-047-LTS<br>in 17-BK-04780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## **ORDER**

This matter is before the Court on the *Urgent Motion of Defendants for Extension of Time for All Defendants to Respond to Plaintiffs' Amended Adversary Complaint* (Dkt. No. 44) (the "Motion"). Therein, Defendants represent that Plaintiffs do not consent to the requested extension. Plaintiffs shall respond to the Motion on or before **Tuesday, April 2, 2019 at 12:00 pm. Atlantic Standard Time**. The Court will thereafter take the Motion on submission.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: March 29, 2019